# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OWEN HARTY, : | |
|       Plaintiff, : | |
| : | |
| v. : | Civ. No. 16-1475 |
| : | |
| PAOLI SHOPPING CENTER LIMITED : | |
| PARTNERSHIP, et al., : | |
| : | |
|       Defendants. : | |

## O R D E R

**AND NOW**, this 6th day of December, 2016, upon consideration of the Parties' notice that this matter has settled (Doc. No. 26), it is hereby **ORDERED** that Plaintiff's Complaint is **DISMISSED with prejudice** pursuant to Local Rule of Civil Procedure 41.1(b). The **CLERK OF COURT** shall **CLOSE** this case.

                          **AND IT IS SO ORDERED.**

                          */s/ Paul S. Diamond*
                          _____
                          Paul S. Diamond, J.